**Raymond L. HERNDON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 72805.

Missouri Court of Appeals,
Western District.

Nov. 15, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 20, 2011.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Karen L. Kramer, Jefferson City, MO, for respondent.

Before: ALOK AHUJA, P.J., and THOMAS H. NEWTON and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Raymond Herndon appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief, following an evidentiary hearing, with respect to his convictions of five counts of first-degree child molestation and four counts of first-degree statutory sodomy. Herndon claims that his attorney provided him with ineffective assistance when counsel failed to request lesser-included offense instructions on each count. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).